THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANNY MUSACCHIO, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, rendered April 17, 1961 after trial, convicting him of criminally buying and receiving stolen property as a misdemeanor (Penal Law, § 1308), and imposing sentence. Judgment reversed on the law and the facts and information dismissed. The evidence was insufficient to establish the guilt of the defendant beyond a reasonable doubt. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMMETT JOHNSON, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, entered April 14, 1961 after a hearing, which dismissed the writ and remanded him to the custody of respondent. Relator, serving a sentence imposed upon him as a multiple offender in 1950, claimed that an earlier indictment to which he pleaded guilty in 1940 was faulty; that the 1940 sentencing court had no jurisdiction because he was deprived of counsel therein; and that the 1940 judgment was invalid because the requirements of section 480 of the Code of Criminal Procedure were omitted by the sentencing court. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.